United States Courts
Southern District of Texas
FILED

FEB 0 9 2021   BM

Nathan Ochsner, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| CLARISE LEANDREA ANN REEDER | § § | L-21-0255 MGM |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about February 2, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

CLARISE LEANDREA ANN REEDER,

having been convicted of a violation of Title 8 United States Code, Section 1324 (a)(1)(A)(ii) and (v)(I), a felony, and having been released from custody pursuant to the provisions of Chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal case No. 5:20-CR-01640, on the condition that the Defendant appear in the United States District Court at Laredo, Texas, at 9:30 a.m. on February 2, 2021, did knowingly fail to appear as required.

In violation of Title 18, United States Code, Section 3146(a)(1) and 3146(b)(1)(A)(ii).

A TRUE BILL:

FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

Anthony Garrie Brown
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET L-21-0255

NO._____

___LAREDO___ DIVISION

FILE: 21-00906  MAG: 21-00000
<u>INDICTMENT</u>  Filed: <u>February 9, 2021</u>

Judge:_____

ATTORNEYS:

**UNITED STATES OF AMERICA**

VS.

RYAN K. PATRICK, USA
ANTHONY GARRIE BROWN, AUSA

**CLARISE LEANDREA ANN REEDER**

**CHARGE:**      Ct. 1:   Failure to Appear [18 USC 3146 (a)(1)]

**TOTAL COUNTS: 1**

**PENALTY:**
Ct.1: 5 year and/or $250,000.00, $100 Special Assessment,
       Not More Than 3 Year Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: